MICHAEL C. VAN, ESQ.
Utah Bar Number 4932
CLAY A. ALGER, ESQ.
Utah Bar Number 12426
ROBERT T. SPJUTE, ESQ.
Utah Bar Number 13866
ZAVEN A. SARGSIAN, ESQ.
Utah Bar Number 14776
SHUMWAY VAN & HANSEN
8 East Broadway, Suite 550
Salt Lake City, Utah 84111
Phone: (801) 478-8080
Fax: (801) 478-8088
clay@shumwayvan.com
tee@shumwayvan.com
zaven@shumwayvan.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MATTHEW T. MGLEJ,<br><br>*Plaintiff*,<br><br>v.<br><br>GARFIELD COUNTY, *et al.*,<br><br>*Defendants*. | **MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:13-CV-00713-CW<br><br>District Judge Clark Waddoups |

Pursuant to DUCivR Local Rule 83-1.3, Shumway Van & Hansen ("Counsel"), hereby moves to withdraw as counsel for:

> Client Name:        Matthew T. Mglej ("Mr. Mglej" or "Client")
> Address:            5026 SE 39th Avenue
> City, State, Zip:   Portland, OR 97202
> Telephone Number(s): (503) 720-5128
> E-Mail Address:     matthewmglej@gmail.com

The reasons for withdrawal are the following:

- Client has failed, after continued notice, to fulfill a substantial duty and obligation to Counsel.

- Counsel no longer believes that it can push this matter forward or provide effective legal representation to Client after Client's failure to fulfill its substantial duty and obligation to Counsel.

In the event this motion is granted, Mr. Mglej, or new counsel for Mr. Mglej, must file a notice of appearance within twenty-one (21) days after entry of the order, unless otherwise ordered by the Court. Pursuant to DUCivR Local Rule 83-1.3, no corporation, association, partnership, limited liability company or other artificial entity may appear *pro se*, but must be represented by an attorney who is admitted to practice in this court.

This motion is made without Mr. Mglej's consent and is accompanied by certification that Mr. Mglej has been served with (i) a copy of this motion, (ii) a written description of the status of this case, including the dates and times of any scheduled court proceedings, pending compliance with any existing court orders, and any possibility of sanctions.

## **CERTIFICATION**

Counsel hereby certifies:

1. A copy of this Motion for Withdrawal of Counsel has been sent to Client at the address indicated above.

2. A form of an order is attached to this motion.

3. No trial has been set in this case.

### Status of Case under DUCivR 83-1.4(b)(2)(ii)

- Motion for Bond and Memorandum in Support Undertaking Bond was filed by Plaintiff's attorney on January 15, 2014 and is fully briefed. Parties are waiting for the Court's decision.

- Motion for Judgment on the Pleadings was filed on January 30, 2014 by Defendants and is fully briefed. Parties are waiting for the Court's decision.

- Plaintiff's filed their Motion and Memorandum to Amend Complaint on February 19, 2014 and is fully briefed. Parties are waiting for the Court's decision.

- Plaintiff has filed their Initial Disclosures.

- Defendants served Matthew Mglej with Defendants' 1st Set of Interrogatories and Requests for Production of Documents on April 3, 2014. Mr. Mglej needs to respond to the requests by Friday, May 2, 2014.

DATED this 14th day of April, 2014.

        **SHUMWAY VAN & HANSEN**

        */s/ Zaven A. Sargsian*

        _____
        MICHAEL C. VAN, ESQ.
        CLAY A. ALGER, ESQ.
        ROBERT T. SPJUTE, ESQ.
        ZAVEN A. SARGSIAN, ESQ.
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of April, 2014, I electronically filed the foregoing **MOTION FOR WITHDRAWAL OF COUNSEL** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Frank D. Mylar (5116)
MYLAR LAW, P.C.
2494 Bengal Blvd.
Salt Lake City, Utah 84121
Phone: (801) 858-0700
FAX: (801) 858-0701
Mylar-Law@comcast.net

      I hereby certify that on this of this 15th day of April, 2014, I caused a true and correct copy of the foregoing **PLEADING** to be served upon the named, in the method indicated below.

| | |
|---|---|
| \_\_\_Hand Delivery | Matthew T. Mglej ("Mr. Mglej") |
| _x_ U.S. Mail | 5026 SE 39th Avenue |
| \_\_\_Overnight Mail | Portland, OR 97202 |
| \_\_\_Fax Transmission | matthewmglej@gmail.com |
| \_\_\_Email | |

      Signature: /s/ Jodi Miller
*An employee of Shumway Van & Hansen, Chtd.*