Frank D. Mylar (5116)
MYLAR LAW, P.C.
2494 Bengal Boulevard
Salt Lake City, Utah 84121
Phone:  (801) 858-0700
FAX: (801) 858-0701
Mylar-Law@comcast.net

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **MATTHEW T. MGLEJ,**<br><br>        Plaintiff,<br><br>v.<br><br>**GARFIELD COUNTY, et.al**<br><br>        Defendants. | **DEFENDANTS' MOTION FOR ATTORNEY FEES**<br><br>Judge: Clark Waddoups<br>Magistrate Judge: Dustin B. Pead<br>Civil No.  2:13-cv-00713-RJS |

DEFENDANTS, Garfield County, Garfield County Sheriff's Office, Garfield County Jail, and Officer Raymond, also known as Deputy Raymond Gardner, through their attorney, Frank D. Mylar, respectfully submit this Motion for Attorney Fees pursuant to Rule 54 of the *Federal Rules of Civil Procedure* and DUCivR 54-2.  This motion is based upon the following grounds:

1.       On July 1, 2014, the Court issued a Memorandum Decision and Order (Dkt,. No. 42) granting Defendants*' Motion for Partial Judgment on the Pleadings*, dismissing all of Plaintiff's state law claims and awarding fees and costs to Defendants for the defense against the state law causes of action.

2. This award for attorney fees is based upon Utah Code Ann. § 78B-3-104 and § 63G-7-601.

3. The amount claimed is $7,961.50 .

4. Pursuant to DUCivR 54-2(f) an affidavit of counsel setting forth the scope of the effort, the number of hours expended, the hourly rates claimed, and other pertinent supporting information that is filed contemporaneously with this Motion.

**WHEREFORE:** The Court should enter Judgment in the amount of $7,961.50 against Plaintiff for Defendants' attorney fees in defending against Plaintiff's state law claims.

Dated this 15th day of July, 2014.

/s/ *Frank D. Mylar*

_____
Frank D. Mylar
MYLAR LAW, P.C.
Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify on this 15th day of July, 2014, that I caused to be mailed, postage pre-paid, an exact copy of the **DEFENDANTS' MOTION FOR ATTORNEY FEES** to:

Matthew T. Mglej (Pro Se)
604 SE 67 AVE
Hillsboro, OR 97123

/s/    Corey A. Baures

_____
MYLAR LAW, P.C.

2